1  Abraham J. Colman (SBN 146933)
    acolman@reedsmith.com
2  Felicia Y. Yu (SBN 193316)
    fyu@reedsmith.com
3  Raagini Shah (SBN 268022)
    rshah@reedsmith.com
4  REED SMITH LLP
   Telephone: (213) 457-8000
5  Facsimile: (21) 457-8080

6  Attorneys for Defendant
   United Student Aid Funds, Inc. d/b/a
7  USA Funds

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT CALIFORNIA

| | |
|---|---|
| SHYRIAA HENDERSON, on behalf of herself, and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STUDENT AID FUNDS, INC. D/B/A USA FUNDS.<br><br>Defendant. | Case No. 3:13-cv-01845-L-BLM<br><br>**CLASS ACTION**<br><br>**PROOF OF SERVICE**<br><br>Honorable M. James Lorenz |

# PROOF OF SERVICE

I, Charles Koster, declare as follows:

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is REED SMITH LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, California 90071-1514. On November 6, 2013, I served the following document(s) by the method indicated below:

**DEFENDANT UNITED STUDENT AID FUNDS, INC.'S UNOPPOSED MOTION TO APPEAR TELEPHONICALLY AT EARLY NEUTRAL EVALUATION CONFERENCE**

| | |
|---|---|
| ☑ | **BY CM/ECF ELECTRONIC DELIVERY:** In accordance with the registered case participants and in accordance with the procedures set forth at the Court's website www.ecf.casd.uscourts.gov |
| ☐ | **BY FACSIMILE:** by transmitting via facsimile on this date from fax number +1 213 457 8080 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 PM and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing. |
| ☐ | **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration. |
| ☐ | **BY PERSONAL DELIVERY:** by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly. |
| ☐ | by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below. |
| ☐ | **BY OVERNIGHT:** by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service. |
| ☐ | **BY EMAIL:** by transmitting via email to the parties at the email addresses listed below: |

– 1 –   Case No.: 3:13-cv-01845-L-BLM

PROOF OF SERVICE

| | |
|---|---|
| Ronald A. Marron, Esq.<br>Skye Resendes, Esq.<br>Alexis Wood, Esq.<br>Law Offices of Ronald A. Marron, APLC<br>651 Arroyo Drive<br>San Diego, California 92103<br>Telephone: 619.696.9006<br>Facsimile: 619.564.6665<br>Email: ron@consumersadvocates.com<br>       skye@consumersadvocates.com<br>       alexis@consumersadvocates.com | Attorneys for Plaintiff<br>*Shyriaa Henderson* |
| Douglas J. Campion, Esq.<br>Law Offices of Douglas J. Campion, APLC<br>409 Camino Del Rio South, Suite 303<br>San Diego, California 92108<br>Telephone: 619.299.2091<br>Facsimile: 619.858.0034<br>Email:    doug@djcampion.com | Attorneys for Plaintiff<br>*Shyriaa Henderson* |

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on November 6, 2013, at Los Angeles, California.

*/s/ Charles Koster*
Charles Koster