# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHYRIAA HENDERSON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STUDENT AID FUNDS, INC. D/B/A USA FUNDS,<br><br>Defendant. | Case No. 13cv1845-L (BLM)<br><br>**ORDER GRANTING JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER WITH MODIFICATION**<br><br>[ECF Nos. 19] |

On December 6, 2013, the parties in this case filed a joint motion for entry of a protective order. ECF No. 19. The Court has considered the parties' proposed protective order and, for good cause shown, the protective order is entered with the following modification:

///
///
///
///
///

1.     The first sentence of Paragraph 18 is amended to read: "Following the final disposition of this action, the confidentiality obligations imposed by this Order shall remain in effect and the Court shall retain jurisdiction for one year for purposes of enforcing the terms of this Order."

**IT IS SO ORDERED.**

DATED:  December 10, 2013

*Barbara Major*

BARBARA L. MAJOR
United States Magistrate Judge