**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
SKYE RESENDES (SBN 278511)
*skye@consumersadvocates.com*
ALEXIS WOOD (SBN 270200)
*alexis@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

**LAW OFFICES OF DOUGLAS J. CAMPION, APC**
DOUGLAS J. CAMPION, ESQ. (SBN 75381)
409 Camino Del Rio South, Suite 303
San Diego, California 92108
*doug@djcampion.com*
Telephone: (619) 299-2091
Facsimile: (619) 858-0034

*Counsel for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHYRIAA HENDERSON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STUDENT AID FUNDS, INC. D/B/A USA FUNDS,<br><br>Defendant. | CASE NO. 3:13-cv-1845-L-BLM<br><u>CLASS ACTION</u><br><br>***EX PARTE* APPLICATION TO EXCUSE NAMED PLAINTIFF'S APPEARANCE AT THE MANDATORY SETTLEMENT CONFERENCE OR, IN THE ALTERNATIVE, TO CONTINUE THE MSC**<br><br>Hon. Magistrate Barbara Lynn Major<br>MSC Date:  September 10, 2014<br>Time:         1:30 p.m. |

Plaintiff Shyriaa Henderson ("Plaintiff"), by and through her counsel of record, respectfully moves this Court, *ex parte*, for an Order excusing herself from personally appearing at the Mandatory Settlement Conference ("MSC") or, in the alternative, to continue the MSC by thirty (30) days due to a present medical condition of the named Plaintiff which will make travel extremely burdensome. The MSC is set for September 10, 2014 at 1:30 p.m. in the chambers of the Honorable Barbara Lynn Major, United States Magistrate Judge, United States Courthouse, 333 West Broadway, Suite 1110, San Diego, California 92101.

Plaintiff respectfully requests that the Court grant Plaintiff's *ex parte* application. On August 21, 2014, Plaintiff filed an *ex parte* application for modification of the scheduling order [Dkt. No. 22]. Dkt. No. 30. Plaintiff's *ex parte* application advised the Court that Plaintiff seeks modification of the scheduling order so that, after receipt of certain discovery regarding non-party collection agencies who collected on Plaintiff's account, Plaintiff may file a First Amended Complaint. *Id*. Due to Plaintiff's intention to file a First Amended Complaint, Plaintiff seeks to amend all deadlines in the current scheduling order by ninety (90) days. *Id*. Defendant filed an opposition to Plaintiff's *ex parte* application to modify the scheduling order on August 25, 2014 (Dkt. No. 36) and Plaintiff filed a reply on August 29, 2014 (Dkt. No. 38).

The parties have met and conferred regarding Plaintiff's *ex parte* application and Defense counsel for Defendant has advised that it opposes Plaintiff's request to excuse the named Plaintiff from the MSC. Although Plaintiff's counsel has advised Defense counsel of Plaintiff's recent medical situation affecting her ability to attend the presently scheduled MSC, Defense counsel has not advised if Defendant will oppose Plaintiff's request to continue the date of the MSC. *See* Declaration of Alexis M. Wood, filed herewith ("Wood Decl."), ¶¶ 2, 4.

**I.     Good Cause Exists to Excuse the Named Plaintiff's Appearance at the MSC**

Good cause exists for this request. Plaintiff, individually and on behalf of others,

1

*Henderson v. United Student Aid Funds, Inc. d/b/a USA Funds*, No. 13-cv-1845
*EX PARTE* APPLICATION TO EXCUSE NAMED PLAINTIFF'S APPEARANCE AT THE MANDATORY SETTLEMENT CONFERENCE OR, IN THE ALTERNATIVE, TO CONTINUE THE MSC

allege Defendant United States Aid Funds, Inc. d/b/a USA Funds ("Defendant" or "USA Funds"), a "guaranty agency" of federal student loans engaged the services of Sallie Mae, Inc., now known as Navient Solutions, Inc. ("Navient"), to service and collect defaulted student loans.  On behalf of USA Funds, either Navient itself or other third-party collection agencies (USA Funds' agents), obtained the telephone numbers of potentially thousands of individuals nationwide, without authorization, and thereafter used an automatic telephone dialing system and/or prerecorded voice message to repeatedly call each of those individuals on their cellular phones.  Through that conduct, Defendant not only harassed each member of the putative class, but repeatedly violated the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.*, ("TCPA"), thereby entitling those individuals to an identical calculation of statutory damages and uniform injunctive relief.  *See generally* Complaint, (Dkt. No. 1)

Currently, Plaintiff is in the mist of conducting discovery in order to determine which third-party vendors Navient used to place the phone calls on its behalf. Wood Decl., ¶ 5; *see generally* Plaintiff's pleadings regarding an extension to the scheduling order, Dkt. Nos. 30 & 38. At this time, Plaintiff is still unaware what third-parties collected on Plaintiff's account and if Navient itself – or even USA Funds – made collection calls themselves.  Wood Decl., ¶ 6.  Thus, a Rule 30(b)(6) deposition of Navient is scheduled for September 16, 2014, in order understand the records produced by Navient and determine the entities making the calls.  *Id.*

Once those third-parties are confirmed, after Navient's 30(b)(6) deposition on September 16, 2014, Plaintiff will seek to amend her complaint to add those parties and thereafter serve requests, including but not limited to, requests for an outbound dial list, requests for prior express consent documents, and requests regarding the entities telephone dialing equipment. Through this course, Plaintiff believes that she can demonstrate that the student loan servicer for all of the putative class members is Navient, and that Navient hired the same third-party debt collectors to place phone calls on behalf

of USA Funds. Furthermore, Plaintiff intends to show that the third-party debt collection agencies working on behalf of Defendant and Navient called the putative class members' cell phones with an autodialer or prerecorded voice and without prior express consent. Wood Decl., ¶ 7.

Outbound dial lists of the third-party collection agencies are required to determine the size of the class, the number of calls to cellular telephone, as well as the total potential liability.  Plaintiff and Plaintiff's counsel contend that they owe a fiduciary duty to the putative class and cannot make a settlement demand for any amount without, at a minimum, basic discovery as to the parameters of the prospective class.  Thus, class-wide settlement is unlikely at this state of the litigation.  Frequently the Courts recognize this dilemma in the class action context and excuse the named Plaintiff personal appearance from settlement conferences.

Considering the nature of this class pled case, the position of the respective parties in regard to discovery, and the burden associated with ordering the named Plaintiff to travel cross-country for the MSC, Plaintiff respectfully requests that the Court grant her *ex parte* application to excuse Plaintiff's personal appearance from the MSC.

## II.     Plaintiff Alternatively Requests to Continue the MSC Due to Plaintiff's Present Medical Condition

Should the Court be inclined to deny Plaintiff's request to excuse her personal appearance from the MSC, Plaintiff requests that the date of the MSC be continued by thirty (30) days due to her present medical condition.  Counsel for Plaintiff today learned that Ms. Henderson has been hospitalized for the past two (2) weeks due to high enzymes levels in her pancreas.  Wood Decl., ¶ 3.  Due to this situation, travel at this time will be extremely burdensome.  *Id.*

Respectfully submitted,

Dated:      September 5, 2014          By: */s/ Alexis M. Wood*
                                      **LAW OFFICES OF RONALD A. MARRON**

3

RONALD A. MARRON
SKYE RESENDES
ALEXIS M. WOOD
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

**LAW OFFICES OF DOUGLAS J. CAMPION, APC**
DOUGLAS J. CAMPION, ESQ. (SBN 75381)
409 Camino Del Rio South, Suite 303
San Diego, California 92108
*doug@djcampion.com*
Telephone: (619) 299-2091
Facsimile: (619) 858-0034

*Attorneys for Plaintiff and the Proposed Class*

4

*Henderson v. United Student Aid Funds, Inc. d/b/a USA Funds*, No. 13-cv-1845
*EX PARTE* APPLICATION TO EXCUSE NAMED PLAINTIFF'S APPEARANCE AT THE MANDATORY SETTLEMENT CONFERENCE OR, IN THE ALTERNATIVE, TO CONTINUE THE MSC