STROOCK & STROOCK & LAVAN LLP
LISA M. SIMONETTI (State Bar No. 165996)
BRIAN C. FRONTINO (State Bar No. 222032)
SHANNON E. PONEK (State Bar No. 261135)
2029 Century Park East
Los Angeles, CA 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email: *lacalendar@stroock.com*

Attorneys for Specially Appearing Defendant
  NAVIENT SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHYRIAA HENDERSON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STUDENT AID FUNDS, INC. D/B/A USA FUNDS; GC SERVICES LIMITED PARTNERSHIP; NATIONAL ENTERPRISE SYSTEMS INC.; NAVIENT SOLUTIONS, INC.<br><br>Defendant. | Case No. 3:13-cv-1845-L-BLM<br><br>[Assigned to the Hon. M. James Lorenz]<br><br>**NOTICE OF JOINDER OF SPECIALLY APPEARING DEFENDANT NAVIENT SOLUTIONS, INC. TO MOTION TO DISMISS OF GC SERVICES LP, DOCKET NO. 55**<br><br>Date: December 8, 2014<br>       No Oral Argument<br><br>[Notice of Motion and Motion, Memorandum of Points and Authorities, and Declarations of Mark Heleen, Kathryn Roberts and Shannon Ponek filed and [Proposed] Order lodged concurrently] |

**TO THE COURT, PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Local Rule 7.1(j) and this Court's Standing Order, specially appearing defendant Navient Solutions, Inc. ("Navient") hereby joins in and consolidates its Motion to Dismiss The First Amended Complaint Pursuant To F.R.C.P. 12(b)(2) with the Motion to Dismiss of defendant GC Services LP, Docket No. 55.

Dated:  October 27, 2014

STROOCK & STROOCK & LAVAN LLP
LISA M. SIMONETTI
BRIAN C. FRONTINO
SHANNON E. PONEK

By:       */s  Lisa M. Simonetti*
                Lisa M. Simonetti

Attorneys for Specially Appearing Defendant
NAVIENT SOLUTIONS, INC.

LA 51807351

## CERTIFICATION

I hereby certify that, on October 27, 2014, a copy of **NOTICE OF JOINDER OF SPECIALLY APPEARING DEFENDANT NAVIENT SOLUTIONS, INC. TO MOTION TO DISMISS OF GC SERVICES LP, DOCKET NO. 55** was filed electronically and served by U.S. Mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by facsimile to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

*/s  Lisa M. Simonetti*
Lisa M. Simonetti

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

- 2 -

NOTICE OF JOINDER
Case No. 3:13-cv-1845-L-BLM

LA 51807351