


## United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Shyriaa Henderson

**Plaintiff,**

v.

United Student Aid Funds, Inc., et al.

**Defendant.**

Civil No. 3:13-cv-01845-L-BLM

## PRO HAC VICE APPLICATION

G.C. Services L.P.
Party Represented

I, __Thomas E. Gilbertsen__ hereby petition the above entitled court to permit me
(Applicant)

to appear and participate in this case and in support of petition state:

My firm name: VENABLE LLP
Street address: 575 Seventh Street N.W.
City, State, ZIP: Washington, D.C. 20004
Phone number: (202) 344-4598
Email: tgilbertsen@venable.com

That on __Feb. 24, 1992__ I was admitted to practice before __District of Columbia Ct of Appeal__
(Date) (Name of Court)

**FILED**
OCT 2 - 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY           DEPUTY

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I  ☒ have)   ☐ have not)   concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case Christopher Ziehm v. G.C. Services, L.P.
Case Number 14-cv-01599-AJB-DHB       Date of Application July 7, 2014
Application:  ☒ Granted   ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

_____
(Signature of Applicant)

### DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

John H. L'Estrange, Jr.                            (619) 702-8200
(Name)                                              (Telephone)

Wright, L'Estrange & Ergastolo
(Firm)

402 West Broadway, Suite 1800, San Diego, CA 92101
(Street)                          (City)           (Zip code)

_____
(Signature of Applicant)

I hereby consent to the above designation.

OCT 2 - 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
RECEIVED

_____
(Signature of Designee Attorney)