

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Print Form

SHYRIAA HENDERSON

**Plaintiff,**

v.

UNITED STUDENT AID FUNDS, INC.

**Defendant.**

Civil No. __13-cv-1845-L-BLM__

**PRO HAC VICE APPLICATION**

United Student Aid Funds, Inc.
Party Represented

I, __Charles J. Nerko__ hereby petition the above entitled court to permit me
   (Applicant)

to appear and participate in this case and in support of petition state:

My firm name: Vedder Price P.C.
Street address: 1633 Broadway, 47th Floor
City, State, ZIP: New York, New York 10019
Phone number: (212) 407-7700
Email: cnerko@vedderprice.com

That on __March 16, 2010__ I was admitted to practice before __Southern District of New York__
         (Date)                                                    (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I ☐ have) ☒ have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case _____
Case Number _____ Date of Application _____
Application: ☐ Granted   ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

_/s/ Charles Nerko_
(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Lisa M. Simonetti                    (424) 204-7745
(Name)                               (Telephone)

Vedder Price (CA), LLP
(Firm)

1925 Century Park East, Suite 1900, Los Angeles, CA 90067
(Street)                             (City)                (Zip code)

_/s/ Charles Nerko_
(Signature of Applicant)

I hereby consent to the above designation.

_/s/_
(Signature of Designee Attorney)