**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
ALEXIS WOOD (SBN 270200)
*alexis@consumersadvocates.com*
KAS L. GALLUCCI (SBN 288709)
*kas@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHYRIAA HENDERSON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STUDENT AID FUNDS, INC. D/B/A USA FUNDS,<br><br>Defendant. | CASE NO. 3:13-cv-1845-JLS-BLM<br><u>CLASS ACTION</u><br><br>**JOINT MOTION TO AMEND THE AMENDED CASE MANAGEMENT CONFERENCE ORDER (DKT. NO. 124)**<br><br>Hon. Magistrate Barbara L. Major |

*Henderson v. United Student Aid Funds, Inc. d/b/a USA Funds*, No. 13-cv-1845
JOINT MOTION TO AMEND THE AMENDED CASE MANAGEMENT CONFERENCE ORDER (DKT. NO. 124)

LOS_ANGELES/#12959.1

**PLAINTIFF'S POSITION**

I.  Introduction

Pursuant to the Chamber Rules of the Honorable Barbara Lynn Major, the parties hereby file a Joint Motion to Amend the Amended Case Management Conference Order [Dkt No. 124]. This Motion is accompanied by a declaration from Plaintiff's counsel of record detailing the steps taken to comply with the dates and deadlines set forth in the Amended Case Management Conference Order, and the specific reasons why the deadlines cannot be met. *See generally* Declaration of Alexis M. Wood in Support of Joint Motion to Amend the Amended Case Management Conference Order [Dkt No. 124] ("Wood Decl."). For the reasons stated herein, both parties respectfully request this Court to extend all deadlines by sixty (60) days as provided below.

A previous extension was granted on October 20, 2015, wherein this Court granted a joint request to extend the deadlines by one hundred and twenty (120) days in order for Plaintiff to continue the receipt of discovery from non-party vendors and file any necessary motions to compel in various jurisdictions. *See* Dkt. No. 124. The instant request for a brief sixty (60) day extension is so that Plaintiff may continue her receipt of discovery from non-party vendors and conduct the depositions of Defendant and non-party Navient Solutions, Inc. ("NSI"). Due to scheduling issues with respect to these depositions, they cannot be held until February 23, 2016 (NSI) and March 8, 2016 (Defendant). The sixty (60) days are necessary to conduct these depositions, receive the transcripts and finalize Plaintiff's motion for class certification. The dates requested are as follows:

|  | Current Date | New Date |
| --- | --- | --- |
| Deadline to File Motion for Class Certification | February 29, 2016 | April 29, 2016 |
| Expert Designations | February 29, 2016 | April 29, 2016 |
| Rebuttal Expert | March 29, 2016 | May 27, 2016 |

2

*Henderson v. United Student Aid Funds, Inc. d/b/a USA Funds*, No. 13-cv-1845
JOINT MOTION TO AMEND THE AMENDED CASE MANAGEMENT CONFERENCE ORDER
(DKT. NO. 124)

LOS_ANGELES/#12959.1

| Designations | | |
|---|---|---|
| Exchange of Expert Reports | May 30, 2016 | July 29, 2016 |
| Rebuttal Expert Reports | June 28, 2016 | August 29, 2016 |
| Discovery Cutoff | August 24, 2016 | October 24, 2016 |
| Pretrial Motions Filing Deadline | September 20, 2016 | November 21, 2016 |
| Mandatory Settlement Conference ("MSC") | June 8, 2016 at 9:30 a.m. | August 29, 2016 at 9:30 a.m. |
| MSC Briefs Due Date | May 30, 2016 | July 29, 2016 |
| Compliance with FRCP 25(a)(3) | December 29, 2016 | February 27, 2017 |
| Meet and Confer | January 5, 2017 | March 6, 2017 |
| Proposed Pretrial Conference Order | January 19, 2017 | March 20, 2017 |
| Pretrial Conference Date | January 26, 2017 at 1:30 p.m. | March 27, 2017 at 1:30 p.m. |

## I.   Procedural Background and Good Cause for Extension

As stated previously, on October 20, 2015, this Court granted the parties' Joint Motion to Amend the Amended Case Management Order (Dkt. No. 87). (Dkt. No. 124). The reason for this extension was primarily for Plaintiff to pursue discovery by way of the issuance of non-party subpoenas to the twenty-five (25) non-party vendors identified by Defendant as having relevant information initially requested to be produced (and granted by way of a motion to compel (Dkt. No. 103)) by Defendant. A more detailed procedural background regarding Plaintiff's diligence in pursuing the

3

*Henderson v. United Student Aid Funds, Inc. d/b/a USA Funds*, No. 13-cv-1845
JOINT MOTION TO AMEND THE AMENDED CASE MANAGEMENT CONFERENCE ORDER
(DKT. NO. 124)

LOS_ANGELES/#12959.1

information is provided in the previously filed Joint Motion to Amend the Amended Case Management Order (Dkt. No. 87).  *See* Dkt. No. 122.

Since receipt of this Court's October 20, 2015 Order, Plaintiff has been diligent in the pursuit of necessary discovery from Defendant's twenty-five (25) non-party vendors.  This has included various meet and confer conferences with counsel for all twenty-five (25) non-party vendors, opposing two motions to quash filed in the Northern District of Illinois (*see* Case No. 1:15-cv-07754) and the Southern District of Indiana (*see* Case No. 3:13-cv-1845)[1] and five motions to enforce subpoenas filed in the Southern District of Texas (*see* Case No. 4:15-mc-01378), the District of Massachusetts (Boston) (*see* Case No. 1:15-mc-91370-DJC and Case No. 1:15-mc-91375-FDS), the Northern District of Ohio (*see* Case No. 3:13-cv-1845 JLS BLM) and the District of New Hampshire (see Case No. 1:16-mc-00010). *See* Wood Decl., ¶ 2.

On December 21, 2015, Plaintiff served Plaintiff's Notice of Deposition of Defendant's Fed. R. Civ. Proc. 30(b) witness.  *See* Wood Decl., ¶ 3.  Plaintiff noticed the deposition for January 28, 2016.  *Id*.  On December 21, 2015, Plaintiff also issued, and thereafter served, a Subpoena for Navient Solutions, Inc. to Testify at a Deposition. *See* Wood Decl., ¶ 4. This deposition was noticed for February 4, 2016.  *Id*.  Plaintiff's counsel intended for the depositions to take place after receipt of discovery from all non-party vendors and after rulings from the various jurisdictions in which motions regarding Plaintiff's subpoenas were pending.  *See* Wood Decl., ¶ 5. It was also anticipated by Plaintiff's counsel for the depositions to take place with sufficient time to receive transcripts and finalize Plaintiff's motion for class certification.  *Id*.

However, the witnesses were not available on the noticed dates, and the parties then negotiated a new schedule. *See* Wood Decl., ¶ 6.  The parties took into account the availability of the witnesses, the counsel involved and the necessary travel; both of the

---

[1] The matter was subsequently transferred to the Southern District of California (see Case No. 3:15-cv-022-JLS-BLM).

4

*Henderson v. United Student Aid Funds, Inc. d/b/a USA Funds*, No. 13-cv-1845
JOINT MOTION TO AMEND THE AMENDED CASE MANAGEMENT CONFERENCE ORDER
(DKT. NO. 124)

LOS_ANGELES/#12959.1

depositions will take place in Indiana. Thus, Plaintiff's counsel has confirmed availability for February 23 and March 8 for the two depositions to take place. *Id*.

The sixty (60) day extension is necessary in order to provide time for the parties to conduct the depositions, receive the transcripts and finalize Plaintiff's motion for class certification. Additionally, the time is requested so that, if necessary, Plaintiff has sufficient time to serve any necessary follow up discovery after conducting the depositions.

## **DEFENDANT'S POSITION**

Defendant agrees an extension is necessary and joins in the relief requested.

Dated:   February 9, 2016            By*:  /s/ Alexis M. Wood*
                                     **LAW OFFICES OF RONALD A. MARRON**
                                     RONALD A. MARRON
                                     ALEXIS M. WOOD
                                     KAS L. GALLUCCI
                                     651 Arroyo Drive
                                     San Diego, California 92103
                                     Telephone: (619) 696-9006
                                     Facsimile: (619) 564-6665

                                     *Attorneys for Plaintiff and the Proposed Class*

Dated:   February 9, 2016            By:  */s/  Lisa M. Simonetti*
                                     **VEDDER PRICE (CA), LLP**
                                     LISA M. SIMONETTI
                                     1925 Century Park East, Suite 1900
                                     Telephone: (424) 204-7738

                                     *Attorneys for Defendant*

5

*Henderson v. United Student Aid Funds, Inc. d/b/a USA Funds*, No. 13-cv-1845
JOINT MOTION TO AMEND THE AMENDED CASE MANAGEMENT CONFERENCE ORDER
(DKT. NO. 124)

LOS_ANGELES/#12959.1

**CERTIFICATION OF APPROVAL OF CONTENT**

I, Alexis M. Wood, counsel for Plaintiff, in the above-entitled matter, hereby certify that the required parties have approved and accepted the content of the Joint Motion to Amend the Amended Case Management Conference Order, and that I have obtained authorization from Lisa Simonetti, counsel for Defendant, for their electronic signature.

Dated:     February 9, 2016            **LAW OFFICES OF RONALD A. MARRON**
                                        By:  */s/ Alexis M. Wood*
                                        ALEXIS M. WOOD
                                        *Attorney for Plaintiff and the Proposed Class*

6

*Henderson v. United Student Aid Funds, Inc. d/b/a USA Funds*, No. 13-cv-1845
JOINT MOTION TO AMEND THE AMENDED CASE MANAGEMENT CONFERENCE ORDER
(DKT. NO. 124)

LOS_ANGELES/#12959.1