**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
ALEXIS WOOD (SBN 270200)
*alexis@consumersadvocates.com*
KAS GALLUCCI (SBN 288709)
*kas@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHYRIAA HENDERSON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STUDENT AID FUNDS, INC. D/B/A USA FUNDS et al.,<br><br>Defendants. | CASE NO. 3:13-cv-1845-JLS-BLM<br>CLASS ACTION<br><br>**DECLARATION OF ALEXIS M. WOOD IN SUPPORT OF JOINT MOTION TO AMEND THE AMENDED CASE MANAGEMENT CONFERENCE ORDER (DKT. NO. 124)**<br><br>Hon. Magistrate Barbara L. Major |

I, Alexis M. Wood, declare:

1.      I am a member in good standing of the State Bar of California, and the United States District Court for the Southern District of California.  I am an associate at the Law Offices of Ronald A. Marron.  I, along with my co-counsel, represent plaintiff Shyriaa Henderson ("Plaintiff") in the above-captioned action.  I have personal knowledge of the facts stated herein, and, if called on to do so, could and would testify competently thereto.  I make this Declaration in support of Plaintiff's Joint Motion to Amend the Case Management Conference Order (Dkt. No. 124).

2.  Since receipt of this Court's October 20, 2015 Order, Plaintiff has been diligent in the pursuit of necessary discovery from Defendant's twenty-five (25) non-party vendors. This has included various meet and confer conferences with counsel for all twenty-five (25) non-party vendors, opposing two motions to quash filed in the Northern District of Illinois (*see* Case No. 1:15-cv-07754) and the Southern District of Indiana (*see* Case No. 3:13-cv-1845)[1] and five motions to enforce subpoenas filed in the Southern District of Texas (*see* Case No. 4:15-mc-01378), the District of Massachusetts (Boston) (*see* Case No. 1:15-mc-91370-DJC and Case No. 1:15-mc-91375-FDS), the Northern District of Ohio (*see* Case No. 3:13-cv-1845 JLS BLM) and the District of New Hampshire (see Case No. 1:16-mc-00010). On October 2, 2014, this Court granted the parties' Joint Motion for Plaintiff to File a First Amended Complaint.  (Dkt. No. 46.)  Plaintiff's First Amended Complaint was thereafter filed on October 2, 2014.  (Dkt. No. 47.)  The First Amended Complaint added the Defendants GC Services Limited Partnership, National Enterprise Systems, Inc. and Navient Solutions, Inc., those identified by Defendant USA Funds as having been hired to collect from Plaintiff.  On or around October 6, 2014, the Amended Complaint was served on the newly added Defendants, along with simultaneously served interrogatories and requests for production.

3.  On December 21, 2015, Plaintiff served Plaintiff's Notice of Deposition of

---

[1] The matter was subsequently transferred to the Southern District of California (see Case No. 3:15-cv-022-JLS-BLM).

Defendant's Fed. R. Civ. Proc. 30(b) witness.  Plaintiff noticed the deposition for January 28, 2016.

4.  On December 21, 2015, Plaintiff also issued, and thereafter served, a Subpoena for Navient Solutions, Inc. to Testify at a Deposition.  This deposition was noticed for February 4, 2016.

5.  Plaintiff's counsel intended for the depositions to take place after receipt of discovery from all non-party vendors and after rulings from the various jurisdictions in which motions regarding Plaintiff's subpoenas were pending.  It was also anticipated by Plaintiff's counsel for the depositions to take place with sufficient time to receive transcripts and finalize Plaintiff's motion for class certification.

6.  However, the witnesses were not available on the noticed dates, and the parties then negotiated a new schedule.  The parties took into account the availability of the witnesses, the counsel involved and the necessary travel; both of the depositions will take place in Indiana..  Thus, Plaintiff's counsel has confirmed availability for February 23 and March 8 for the two depositions to take place.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 9th day of February, 2016 in San Diego, California.


By:   */s/ Alexis M. Wood*
ALEXIS M. WOOD

2