

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Shyriaa Henderson

**Plaintiff,**

v.

United Student Aid Funds, Inc.

**Defendant.**

Civil No. 3:13-cv-1845-JLS-BLM

## PRO HAC VICE APPLICATION

Plaintiff Shyriaa Henderson
Party Represented

I, __Benjamin H. Richman__ hereby petition the above entitled court to permit me
(Applicant)

to appear and participate in this case and in support of petition state:

My firm name: Edelson PC
Street address: 350 North LaSalle Street, Suite 1300
City, State, ZIP: Chicago, Illinois 60654
Phone number: 312.589.6370
Email: brichman@edelson.com

That on __Nov. 5, 2009__ I was admitted to practice before __the Illinois Supreme Court__
         (Date)                                                      (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I ☒ have) ☐ have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case Olmos v. FIA Card Servs., N.A.
Case Number No. 3:15-cv-2786                    Date of Application Dec 21, 2015
Application:  ☒ Granted   ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

_____
(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Ronald A. Marron                                  619.696.9006
(Name)                                            (Telephone)

Law Offices of Ronald A. Marron
(Firm)

651 Arroyo Drive                   San Diego                      92103
(Street)                           (City)                         (Zip code)

_____
(Signature of Applicant)

I hereby consent to the above designation.

_____
(Signature of Designee Attorney)