**EXHIBIT 11**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHYRIAA HENDERSON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STUDENT AID FUNDS, INC. D/B/A USA FUNDS et al.,<br><br>Defendants. | CASE NO. 3:13-cv-1845-JLS-BLM<br><br>CLASS ACTION<br><br>**DECLARATION OF NON-PARTY WINDHAM PROFESSIONALS, INC., SCOTT LEVINE** |

{C&M changes to draft declaration;1}

*Henderson v. United Student Aid Funds, Inc. d/b/a USA Funds*, No. 13-cv-1845
DECLARATION OF NON-PARTY WINDHAM PROFESSIONALS, INC.

**EXHIBIT 11 - PAGE 99**

I, Scott Levine, declare:

1. I am employed as the Director, Voice Engineering, for Windham Professionals, Inc. ("Windham"). The matters stated herein are known to me by my own personal knowledge and if called as a witness I could and would competently testify thereto.

2. I am informed that Plaintiff seeks date, time and phone number ("call list") with respect to telephone numbers called via the Asteria telephone system on behalf of United Student Aid Funds, Inc. ("USA Funds")/Navient Solutions Inc. ("Navient") from January 1, 2015 to March 31, 2016 and the LiveVox, Inc. ("LiveVox") system from August 2008 to November 2013.

3. To Windham's knowledge, in order to produce the call list for Asteria related to a USA Funds account, it would be necessary to devise and script database queries to cross match the phone numbers in the call list with phone numbers in Windham's collection system for USA Funds.

4. Windham has never performed such a cross-matching process. Such cross-matching would be performed using SQL programming.

5. In regard to calls made by the LiveVox system, I am informed that LiveVox has retained call records for calls made by Windham during the period of August 2008 to November 2013. In order to provide information regarding those calls made by USA Funds/Navient to Plaintiff, LiveVox will need to produce all call records for the relevant time period to Windham, after which Windham will need to devise and script database queries to cross match phone number similar to the process to produce call records from the Asteria system.

6. After receipt of LiveVox's call records, the cost of Windham producing the final call list dialed on behalf of USA Funds from the LiveVox records is estimated at $3,000. This cost excludes the cost of LiveVox locating and transferring its call records to Windham.

7. The cost of Windham identifying and producing the final call list of numbers

{C&M changes to draft declaration;1}  1

*Henderson v. United Student Aid Funds, Inc. d/b/a USA Funds*, No. 13-cv-1845
DECLARATION OF NON-PARTY WINDHAM PROFESSIONALS, INC.

**EXHIBIT 11 - PAGE 100**

from the Asteria system is estimated at $2,000.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 15th day of April, 2016 in Salem, NH.

By: _____
SCOTT LEVINE

{C&M changes to draft declaration;1}                    2
*Henderson v. United Student Aid Funds, Inc. d/b/a USA Funds*, No. 13-cv-1845
DECLARATION OF NON-PARTY WINDHAM PROFESSIONALS, INC.

**EXHIBIT 11 - PAGE 101**