**EXHIBIT 26**

# Noble® Outbound

## Predictive Dialing & Outbound Contact Management

**Noble® Outbound** automates, organizes, and manages your calling and multichannel campaigns and resources, enabling you to build productivity and increase outbound volume. The Noble Outbound predictive dialer and contact manager is a full-featured outbound contact solution delivering call management, list control, and workflow management, with an integrated robust, industrial strength database. Our contact management software provides complete reporting, monitoring, and supervision control that helps you view real-time activities, measure results, and manage your operations more effectively.

### Depend on System Reliability & Intelligence

Noble's reliability and support keeps your center operational around the clock. Customer data is captured and stored in a robust, industrial strength Informix database, giving you the information and content you need to drive your CIM and teleservices programs. On-Line Transaction Processing (OLTP) updates the database in real-time for effi cient program management. Built-in, automated system checks and responsive support provide proactive problem-solving and reduces downtime for maintenance issues.

### Customize a Solution to Meet Your Business Needs

The Noble Solution is custom-confi gured and designed to meet the day-to-day requirements of your operations, allowing you to easily manage events and quickly adapt to the dynamic and constantly changing needs of your call center. With a variety of solution enhancements, the predictive dialing solution can be expanded to include inbound and blended programs, with additional tools for IVR, digital recording, messaging, email and web capabilities, payment processing and more.

### Improve Quality & Accuracy

Monitoring capabilities give you supervisory control and allow you to observe agents, ensuring quality and accuracy. Busy/disconnect/no answer screening, answering machine detection with 98% accuracy, SIT tone recognition, and 'tele-zapper-proofing are just some of the features included in our platform. With Noble, you eliminate manual dialing errors, provide your callers with immediate and personal service, and create a truly effi cient call center that maximizes your agent productivity.

### Take Advantage of Legislative Compliance Tools

Noble delivers a full set of tools to help contact centers meet the challenge of complying with industry regulations. Time zone controls, abandonment rates, Do Not Call List management with real-time screening, ANI broadcasting, wireless dialing and consent management, and complete reporting features make it easy to comply with legal guidelines, so you can avoid costly fines.

- Unified Platform for Blended Outbound, Inbound and Multichannel Contacts
- Powerful Dialer with 8 flexible pacing methods, including Predictive, Preview, Dial Now, Blasting, & Compliance Lockdown
- SIT and Answering Machine Screening, Automated Messaging, Database Screen Pops, Transfers & Conferencing
- Universal Queue for Phone, Email, SMS & Web Cntacts
- Integrated IVR, Text to Speech, & Call Recording
- Agent Monitoring & Intuitive Management Portal for Real-time Reporting
- Compliance-Ready Solutions for Do Not Contact & Legislative Regulations, including TCPA

*" After implementing the Noble solution we saw a 250-300% increase in productivity, and projects that used to take a month are now completed in about a week. "*

**EXHIBIT 26 - PAGE 232**

NOBLE SYSTEMS

# Noble® Outbound

- Voice, Busy, Disconnect & No Answer Detect, Answering Machine Detect with Automated Messaging Ability

- Busy, Disconnect & No Answer Detect

- Variable Call Pacing : 8 user-defined methods

- Dropped Call Retrieval

- Database Screen Pops

- Manage 250+ simultaneous applications

- Conference Calls : up to three lines, plus call recording

- Internal & External Call Transfers

- Agent Callback Scheduling

- Personal Script Announcements : pre-record unlimited number of agent messages to play in any order during call (bridge greetings, legal disclosures, etc)

- Floating Agent & Manager Stations

- Remote Agents

- Multisite Networking

- Auto-Scheduled List Dialing

- Multiple lines per agent

- Interactive Voice Response (IVR)

- Agent Monitoring & Coaching : side-by-side and remote: listen, coach & barge modes with Noble Station Mirroring

- Real-time Reporting & Exception Notifications: agents, groups, lists, & campaigns

- Do Not Call List Management, Time zone & Calling Hour Controls, Wireless Dialing Management

- Agent Hours Tracking for Payroll

- Noble Guardian : automated system diagnostics

- Seamless Integration with the Noble ACD

- 3rd party Switch Integration

- Multichannel Contact Management : manage voice, email, SMS, and web contacts in a single queue (email, SMS and web require additional software)

- And much more...







" We chose Noble because it has high-speed capacity. We have used dialers since 1988, and Noble is far superior to the others we reviewed on the market. It is simply easier, faster and more cost-effective for the benefits we receive. "

## ABOUT NOBLE SYSTEMS CORPORATION

Noble Systems Corporation is a global leader in the customer communications industry, providing innovative solutions for Unified Communications, Business Process Management and Analytics. Tens of thousands of agents at 4,000+ client installations worldwide use Noble platforms to manage millions of customer contacts each day. Noble offers a unified suite of multi-channel inbound, outbound and blended contact processing, strategy planning, and resource management tools for companies of all sizes. Our CPE, CaaS and innovative premise/ cloud hybrid platforms include ACD, predictive dialing, blended processing, recording and monitoring, IVR, messaging, interaction analytics and workforce management. Call 1.888.8.NOBLE.8 or visit www.noblesystems.com.

## NOBLE SYSTEMS
CUSTOMER CONTACT TECHNOLOGIES

**Americas:** +1 404 851 1331 ~ 1 888 866 2538
**APAC (AUS):** +61 2 8222 0500
**EMEA (UK):** +44 0 161 772 7100

www.noblesystems.com

Copyright © 2015 Noble Systems Corporation. All rights reserved. No part of this document may be reproduced in any form or by any means without written permission from Noble Systems Corporation. Noble Systems, Noble, Composer, Maestro, the n logo, Amcat and Liberation are registered trademarks of Noble Systems Corporation. All others are property of their respective owners. While every precaution has been taken to ensure the accuracy of the information contained in this document, Noble Systems Corporation assumes no responsibility for errors or omissions. The information contained in this document is subject to change without notice.

**EXHIBIT 26 - PAGE 233**

9.2015