Ronald A. Marron (SBN 175650)
ron@consumersadvocates.com
Alexis Wood (SBN 270200)
alexis@consumersadvocates.com
Kas Gallucci (SBN 288709)
kas@consumersadvocates.com
LAW OFFICES OF RONALD A. MARRON
651 Arroyo Drive
San Diego, California 92103
Tel: 619.696.9006
Fax: 619.564.6665

Benjamin H. Richman (Admitted pro hac vice)
brichman@edelson.com
J. Dominick Larry (Admitted pro hac vice)
nlarry@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Attorneys for Plaintiff and the Proposed Class

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHYRIAA HENDERSON, on behalf of herself and all others similarly situated,<br><br>      Plaintiff,<br><br>  vs.<br><br>UNITED STUDENT AID FUNDS, INC. D/B/A USA FUNDS,<br><br>      Defendant. | CASE NO. 3:13-cv-1845-JLS-BLM<br>CLASS ACTION<br><br>**DECLARATION OF PLAINTIFF SHYRIAA HENDERSON IN SUPPORT OF RENEWED MOTION FOR CLASS CERTIFICATION**<br><br>Hearing date: July 7, 2016<br>Time:    1:30 p.m.<br>Courtroom:  4A – 4th Floor |

Pursuant to 28 U.S.C. § 1746, I, Shyriaa Henderson, hereby declare and state as follows:

1.     I understand that as the lead plaintiff in this action, I am representing the interests of individuals like myself, and that I have a fiduciary duty to those absent class members.

2.     I am well-informed regarding the nature of this action and I have been and will remain committed to actively participating in each stage of the litigation, as necessary.

3.     Beginning in September 2010 and continuing until August 2013, I received numerous autodialed, unsolicited phone calls to my cellular phone from Defendant's Collectors. I did not consent to the receipt of these calls. I never provided my phone numbers ending in -0571, -3279 and -2464 to Defendant. I did not even have that phone number at the times I applied for my loans.  At times, due to the volume of calls, I did not answer the incoming unsolicited phone call; however, when I did answer the calls the caller would identify itself as calling on behalf of the Defendant, United Student Aid Funds.

4.     I understand my duties as a class representative include giving truthful testimony at a deposition and at trial, if necessary. I have also actively participated in this litigation by assisting my counsel in the prosecution of my and Class's claims, including by assisting in their initial investigation, reviewing the initial and amended complaints prior to filing, providing information necessary to make initial disclosures on my behalf, and regularly discussing the status of the case with my counsel.

5.     I take my obligations as a class representative seriously and intend to abide by them.

6.     I did not bring this case to enrich myself, instead, it is important to me that Defendant stop harassing people on their cell phones by placing unauthorized

Henderson v. United Student Aid Funds, Inc. d/b/a USA Funds, No. 13-cv-1845
DECLARATION OF PLAINTIFF SHYRIAA HENDERSON IN SUPPORT OF RENEWED
MOTION FOR CLASS CERTIFICATION

autodialed calls. It is also important to me that Defendant pay the statutory damages to which the Class is entitled.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 4, 2016 at Bayonne, New Jersey.

_____
Shyriaa Henderson
Plaintiff and proposed Class Representative