Ronald A. Marron (SBN 175650)
ron@consumersadvocates.com
Alexis Wood (SBN 270200)
alexis@consumersadvocates.com
Kas Gallucci (SBN 288709)
kas@consumersadvocates.com
LAW OFFICES OF RONALD A. MARRON
651 Arroyo Drive
San Diego, California 92103
Tel: 619.696.9006
Fax: 619.564.6665

Benjamin H. Richman (Admitted *pro hac vice*)
brichman@edelson.com
J. Dominick Larry (Admitted *pro hac vice*)
nlarry@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHYRIAA HENDERSON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STUDENT AID FUNDS, INC. D/B/A USA FUNDS,<br><br>Defendant. | CASE NO. 3:13-cv-1845-JLS-BLM<br><u>CLASS ACTION</u><br><br>**PLAINTIFF'S NOTICE REGARDING EXHIBIT ATTACHMENTS TO DECLARATION OF JEFFREY A. HANSEN AT DKT. NO. 142-45**<br><br>Hearing date: July 7, 2016<br>Time: 1:30 p.m.<br>Courtroom: 4A – 4th Floor |

Please take notice that on May 4, 2016, Plaintiff filed the Declaration of Jeffrey A. Hansen in Support of Plaintiff's Renewed Motion for Class Certification (Dkt. No. 142-45). That document inadvertently omitted the supporting exhibits. Thus, Plaintiff files this Notice Regarding Exhibit Attachments to Declaration of Jeffrey A. Hansen at Dkt. No. 142-45 to correct this inadvertent omission. The attached exhibits include:

| | |
|---|---|
| Exhibit A | The Resume of Jeffrey A. Hansen |
| Exhibit B | The Big 2 Myths You Probably Believe About Manual Dialing – Part 1 |
| Exhibit C | The 2nd Big Myth You Probably Believe About Manual Dialing |
| Exhibit D | US patent 3,943,289 |
| Exhibit E | US patent 4,933,964 |
| Exhibit F | Noble TCPA Compliance Solution |
| Exhibit G | ATDS and predictive dialers 1970-1992 |
| Exhibit H | Davox Marketing |
| Exhibit I | US Patent 3229042 |
| Exhibit J | US Patent 3317678 |
| Exhibit K | IMS_Do_Not_Contact_Solutions |
| Exhibit L | About_IMS |
| Exhibit M | IMSCustomerList |
| Exhibit N | wireless-block-identifier |
| Exhibit O | NPAC |

1

*Henderson v. United Student Aid Funds, Inc. d/b/a USA Funds*, No. 13-cv-1845
PLAINTIFF'S NOTICE REGARDING EXHIBIT ATTACHMENTS TO DECLARATION OF JEFFREY A. HANSEN AT DKT. NO. 142-45

Respectfully submitted,

Date: May 10, 2016

**SHYRIAA HENDERSON,** individually and on behalf of all others similarly situated,

By: *s/ Ronald A. Marron*

Ronald A. Marron (SBN 175650)
ron@consumersadvocates.com
Alexis Wood (SBN 270200)
alexis@consumersadvocates.com
Kas Gallucci (SBN 288709)
kas@consumersadvocates.com
LAW OFFICES OF RONALD A. MARRON
651 Arroyo Drive
San Diego, California 92103
Tel: 619.696.9006
Fax: 619.564.6665

Benjamin H. Richman (Admitted *pro hac vice*)
brichman@edelson.com
J. Dominick Larry (Admitted *pro hac vice*)
nlarry@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

2

*Henderson v. United Student Aid Funds, Inc. d/b/a USA Funds*, No. 13-cv-1845
PLAINTIFF'S NOTICE REGARDING EXHIBIT ATTACHMENTS TO DECLARATION OF JEFFREY A. HANSEN AT DKT. NO. 142-45