Vedder Price (CA), LLP
Lisa M. Simonetti (State Bar No. 165996)
lsimonetti@vedderprice.com
1925 Century Park East, Suite 1900
Los Angeles, California 90067
T:  +1 (424) 204 7700
F:  +1 (424) 204 7702

Vedder Price P.C.
Andrew M. Barrios (admitted *pro hac vice*)
abarrios@vedderprice.com
Bryan K. Clark (admitted *pro hac vice*)
bclark@vedderprice.com
222 N. LaSalle Street
Chicago, IL 60601
T: + (312) 609-7500
F: + (312) 609-5005

Attorneys for Defendant
UNITED STUDENT AID FUNDS, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHYRIAA HENDERSON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STUDENT AID FUNDS, INC.,<br><br>Defendant. | Case No. 3:13-cv-01845-JLS-BLM<br>CLASS ACTION<br><br>**JOINT MOTION TO SET BRIEFING SCHEDULE AND HEARING ON PLAINTIFF'S MOTION TO CERTIFY CLASS**<br><br>Hon. Janis L. Sammartino |

Plaintiff Shyriaa Henderson ("Plaintiff") and defendant United Student Aid Funds, Inc., d/b/a USA Funds ("Defendant"), by and through their respective counsel of record, jointly move to set a briefing schedule and continue the hearing date on Plaintiff's Motion to Certify Class (the "Motion") on the following grounds:

WHEREAS, Plaintiff filed the Motion on May 4, 2016 and, in support thereof, submitted declarations from Plaintiff and expert witness, Jeffery Hansen (Plaintiff previously designated Mr. Hansen on May 23, 2014 and again on April 29, 2016 pursuant to the Court's Orders governing such designation (Dkt. Nos. 22 and 131));

WHEREAS, prior to the filing of Plaintiff's Motion the parties met and conferred regarding a need for a briefing schedule for the Motion;

WHEREAS, the Motion currently is set for hearing on July 7, 2016 with Defendant's Opposition to the Motion set to be filed on June 23, 2016 by default;

WHEREAS, on May 27, 2016, Defendant served its designation of two proposed rebuttal expert witnesses: Peggy Daley and Jeffrey Kaufman (Dkt. No. 131);

WHEREAS, in order to secure the discovery necessary to complete the briefing on the Motion, the parties have agreed that: (1) Defendant will take the deposition of Plaintiff on June 15, 2016; (2) Defendant will take the deposition of Mr. Hansen on June 22, 2016; and (3) Plaintiff will take the depositions of Ms. Daley and Mr. Kaufman in early August 2016 (the dates are under discussion);

WHEREAS, based on the deposition schedule, Plaintiff and Defendant have agreed to extend the deadline for Defendant to file the Opposition to Plaintiff's Motion to July 25, 2016;

WHEREAS, Plaintiff and Defendant have agreed to extend the deadline for Plaintiff to Reply to Defendant's Opposition to September 9, 2016;

WHEREAS, Plaintiff and Defendant have agreed to continue the hearing on

1  Plaintiff's Motion to September 19, 2016 or a later date that is convenient for the
2  Court.
3       WHEREAS, the requested briefing schedule and hearing date to which
4  Plaintiff and Defendant have agreed will not alter the date of any event or any
5  deadline already fixed by Court order;
6       THEREFORE, pursuant to Local Rule 7.2, Plaintiff and Defendant hereby
7  jointly move for an order:
8       (1) extending the deadline for Defendant to file its Opposition to Plaintiff's
9            Motion to Certify Class to July 25, 2016;
10      (2) extending the deadline for Plaintiff to file her Reply to Defendant's
11           Opposition to Plaintiff's Motion to Certify Class to September 9, 2016;
12           and
13      (3) continuing the hearing on Plaintiff's Motion to Certify Class to
14           September 19, 2016 or a later date that is convenient for the Court.
15      I, Lisa M. Simonetti, attest that all other signatories listed, and on whose
16  behalf the filings is submitted, concur in the filings' content and have authorized
17  the filing.

```
```
Dated: June 09, 2016               VEDDER PRICE (CA), LLP


                                   By:  /s/ Lisa M. Simonetti
                                        Lisa M. Simonetti

                                   Attorneys for Defendant
                                   UNITED STUDENT AID FUNDS,
                                   INC.


Dated: June 09, 2016               LAW OFFICES OF RONALD A.
                                   MARRON


                                   By:  /s/ Ronald A. Marron

                                   Ronald A. Marron
                                   Alexis Wood
                                   Kas Gallucci
                                   651 Arroyo Dr.
                                   San Diego, CA 92103
                                   T: 619-696-9006
                                   F: 619-564-6665

                                   Benjamin H. Richman (*Pro hac vice*
                                   pending)
                                   J. Dominick Larry (Admitted *pro hac
                                   vice*)
                                   Edelson PC
                                   350 N. LaSalle St., 13th Floor
                                   Chicago, IL 60654
                                   T: 312-589-6370
                                   F: 312-589-6378

                                   Attorneys for Plaintiff
                                   SHYRIAA HENDERSON

CHICAGO/#2853898.1

# CERTIFICATION

I hereby certify that on June 09, 2016, a copy of the foregoing **JOINT MOTION TO SET BRIEFING SCHEDULE AND HEARING ON PLAINTIFF'S MOTION TO CERTIFY CLASS** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

*/s/ Lisa M. Simonetti*
Lisa M. Simonetti