Vedder Price (CA), LLP
Lisa M. Simonetti (State Bar No. 165996)
lsimonetti@vedderprice.com
1925 Century Park East, Suite 1900
Los Angeles, California 90067
T:  +1 (424) 204 7700
F:  +1 (424) 204 7702

Vedder Price P.C.
Andrew Barrios (Ill. Bar No. 6317042)
(admitted *pro hac vice*)
abarrios@vedderprice.com
Bryan K. Clark (Ill. Bar No. 6296090)
(admitted *pro hac vice*)
bclark@vedderprice.com
222 N. LaSalle Street
Chicago, IL 60601
T: + (312) 609-7500
F: + (312) 609-5005

Attorneys for Defendant
UNITED STUDENT AID FUNDS, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHYRIAA HENDERSON,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STUDENT AID FUNDS, INC.,<br><br>    Defendant. | Case No. 3:13-cv-1845<br><br>**DEFENDANT UNITED STUDENT AID FUNDS, INC.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing date: January 12, 2017<br>Time:  1:30 P.M.<br>Location: Courtroom 4A |

**TO PLAINTIFF AND HER ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, on January 12, 2017 at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 4A before the Honorable Janis L. Sammartino of the United States District Court for the Southern District of California, located at 221 West Broadway, San Diego, CA 92101, defendant United Student Aid Funds, Inc. ("USAF") will, and hereby does, move for an order entering judgment in favor of USAF on plaintiff Shyriaa Henderson's claims under the Telephone Consumer Protection Act, 47 U.S.C. § 227, et seq.

This Motion is based on this Notice, the accompanying Memorandum of Points and Authorities, the declarations of Lisa M. Simonetti and Kevin Tharp and the Statement of Material Facts, the files and records in this action and on any additional material that may be elicited at the hearing of this motion.

Dated: August 24, 2016            VEDDER PRICE (CA), LLP

                                  By:  */s Lisa M. Simonetti*
                                       Lisa M. Simonetti

                                  Attorneys for Defendant
                                  UNITED STUDENT AID FUNDS, INC.

## CERTIFICATION

I hereby certify that on August 24, 2016, a copy of the foregoing **DEFENDANT UNITED STUDENT AID FUNDS, INC.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

                                                        */s  Lisa M. Simonetti*
                                                          Lisa M. Simonetti

LOS_ANGELES/#16974.1