Ronald A. Marron (SBN 175650)
ron@consumersadvocates.com
Alexis Wood (SBN 270200)
alexis@consumersadvocates.com
Kas Gallucci (SBN 288709)
kas@consumersadvocates.com
LAW OFFICES OF RONALD A. MARRON
651 Arroyo Drive
San Diego, California 92103
Tel: 619.696.9006
Fax: 619.564.6665

Benjamin H. Richman (Admitted *pro hac vice*)
brichman@edelson.com
J. Dominick Larry (Admitted *pro hac vice*)
nlarry@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff and the Putative Class*

*Additional Counsel Appear on Signature Page*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHYRIAA HENDERSON, on behalf of herself and all others similarly situated,<br><br>                    *Plaintiff*,<br><br>                    vs.<br><br>UNITED STUDENT AID FUNDS, INC. D/B/A UNITED STUDENT AID FUNDS,<br><br>                    *Defendant*. | CASE NO. 3:13-cv-1845-JLS-BLM<br>CLASS ACTION<br><br>**JOINT MOTION TO VACATE SETTLEMENT CONFERENCE**<br><br>Hon. Magistrate Barbara Lynn Major |

*Henderson v. United Student Aid Funds, Inc. d/b/a USA Funds*, No. 13-cv-1845
JOINT MOTION TO CONTINUE SETTLEMENT CONF.

LOS_ANGELES/#21410.1

Pursuant to the Chamber Rules of the Honorable Barbara Lynn Major, Plaintiff Shyriaa Henderson ("Plaintiff") and Defendant United Student Aid Funds ("Defendant" or "USAF") (collectively, the "Parties") hereby file a Joint Motion to Vacate the Settlement Conference, currently scheduled for Tuesday, October 18, 2016. In support of the Motion, the Parties state as follows:

1. The settlement conference is currently set for Tuesday, October 18 2016. (Dkt. 179.)

2. Over the course of the last several weeks, the Parties have engaged in preliminary settlement discussions aimed at identifying whether a class-wide settlement might be achieved. To that end, the Parties have discussed potential settlement structures and agreed to work towards scheduling a private mediation in hopes of reaching an agreement. Plaintiff has committed to providing Defendant a specific settlement demand—which will account for the Parties' recent discussions—no later than this Friday, October 14th. Additionally, proposed mediators and dates for mediation have been circulated. Lastly, the Parties are in agreement that they will continue to discuss the demand made by Plaintiff and Defendant's reactions thereto, and otherwise work cooperatively in an effort to schedule and conduct a mediation. Based on their discussions to date, the Parties believe that this process and private mediation may be appropriate for seeking resolution of this case.

3. Accordingly, the Parties respectfully request that the Court vacate the upcoming settlement conference while the Parties continue to discuss their private mediation plan. Upon confirmation of a mediation date, the Parties will inform the Court of the same.[1]

4. Good cause exists for granting the Parties' Motion. The Parties have

---

[1] Of course, if the Parties are unable to confirm the mediation for some reason, they will be prepared to proceed with a settlement conference before the Court.

1

*Henderson v. United Student Aid Funds, Inc. d/b/a USA Funds*, No. 13-cv-1845
JOINT MOTION TO CONTINUE SETTLEMENT CONF.

LOS_ANGELES/#21410.1

conferred and agree that vacating the settlement conference at this time would conserve the Parties' and the Court's resources. If the Parties can proceed to private mediation, both they and the Court will be spared the time and expense that would be devoted to a settlement conference.

    5. Prior to filing the instant Motion, the Parties met and conferred pursuant to the Chambers Rules and Local Rule 7.1(g)(2).

    6. The Parties previously requested, and the Court granted, a continuance of the settlement conference from September 14, 2016 to the currently-scheduled date of October 18, 2016.

Wherefore, the Parties respectfully request that this Court enter an order (1) vacating the Settlement Conference currently set for Tuesday, October 18, 2016, and (2) granting such other and further relief as the Court deems reasonable and just.

Respectfully Submitted,

**SHYRIAA HENDERSON**, individually and on behalf of all others similarly situated,

Dated: October 12, 2016      By: s/ J. Dominick Larry
                            One of Plaintiff's Attorneys

Benjamin H. Richman (Admitted *pro hac vice*)
brichman@edelson.com
J. Dominick Larry (Admitted *pro hac vice*)
nlarry@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378


Ronald A. Marron (SBN 175650)
ron@consumeradvocates.com

```
 1  Alexis Wood (SBN 270200)
    alexis@consumeradvocates.com
 2  Kas Gallucci (SBC 288709)
 3  LAW OFFICES OF RONALD A. MARRON
    651 Arroyo Drive
 4  San Diego, California 92103
 5  Tel: 619.696.9006
    Fax: 619.564.6665
 6
 7                                        **UNITED STUDENT AID FUNDS, INC.,**
 8  Dated: October 12, 2016          By: s/ Lisa M. Simonetti
 9                                        *Counsel for Defendant*
10  Lisa M. Simonetti
11  lsimonetti@vedderprice.com
    VEDDER PRICE (CA), LLP
12  1925 Century Park East, Suite 1900
13  Los Angeles, California 90067
    Tel: 424.204.7738
14
```

3

*Henderson v. United Student Aid Funds, Inc. d/b/a USA Funds*, No. 13-cv-1845
JOINT MOTION TO CONTINUE SETTLEMENT CONF.

LOS_ANGELES/#21410.1

**CERTIFICATION OF APPROVAL OF CONTENT**

I, J. Dominick Larry, counsel for Plaintiff in the above-captioned matter, hereby certify that the required parties have approved and accepted the content of the Joint Motion to Continue Settlement Conference, and that I have obtained authorization from Lisa M. Simonetti, counsel for Defendant, to use her electronic signature on the Joint Motion to Continue Settlement Conference.

Dated: October 12, 2016                            <u>s/ J. Dominick Larry</u>

4

*Henderson v. United Student Aid Funds, Inc. d/b/a USA Funds*, No. 13-cv-1845
JOINT MOTION TO CONTINUE SETTLEMENT CONF.

LOS_ANGELES/#21410.1