Vedder Price (CA), LLP
Lisa M. Simonetti (State Bar No. 165996)
lsimonetti@vedderprice.com
1925 Century Park East, Suite 1900
Los Angeles, California 90067
T: +1 (424) 204 7700
F: +1 (424) 204 7702

Vedder Price, P.C.
Bryan Clark
bclark@vedderprice.com
Andrew M. Barrios
abarrios@vedderprice.com
222 North LaSalle Street
Chicago, Illinois 60601
T: +1 312 609 7500
F: +1 312 609 5005

Attorneys for Defendant
UNITED STUDENT AID FUNDS, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHYRIAA HENDERSON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STUDENT AID FUNDS, INC.,<br><br>Defendant. | Case No. 3:13-cv-01845-JLS-BLM<br><br>**STIPULATION TO CONTINUE HEARING ON MOTION FOR CLASS CERTIFICATION, MOTIONS FOR SUMMARY JUDGMENT AND MOTION TO STRIKE HEARING**<br><br>Assigned to the Hon. Janis L. Sammartino<br><br>Date: February 2, 2017<br>Time: 1:30 p.m.<br>Ctrm: 4A<br><br>**[Declaration of Lisa M. Simonetti** |

**filed concurrently]**

Plaintiff Shyriaa Henderson ("Plaintiff") and defendant United Student Aid Funds, Inc. ("Defendant"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, pursuant to the Court's October 14, 2016 Order Granting Joint Motion to Modify Briefing Schedule (the "Order") (ECF No. 187), the Court continued the hearing date for all outstanding motions to February 2, 2017 (the "Hearing");

WHEREAS, Defendant's counsel has a conflict with the hearing date set by the Order based on a previously-set arbitration matter;

WHEREAS, Plaintiff's counsel has consented to this request for a continuance;

THEREFORE, Plaintiff and Defendant hereby stipulate to continue the Hearing, currently scheduled for February 2, 2017, to February 9, 2017.

I, Lisa M. Simonetti, attest that all other signatories listed, and on whose behalf the filing is submitted, concur with the filing's consent and have authorized the filing.

| | | |
|---|---|---|
| Dated: October 26, 2016 | | VEDDER PRICE (CA), LLP |

By: *s/ Lisa M. Simonetti*
    Lisa M. Simonetti

Attorneys for Defendant
UNITED STUDENT AID FUNDS, INC.

Dated: October 26, 2016           EDELSON, PC

By: *s/ J. Dominick Larry*

Benjamin H. Richman
brichman@edelson.com
J. Dominick Larry
nlarry@edelson.com
350 N. LaSalle Street, 13th Floor
Chicago, IL 60654
T: 312-589-6370
F: 312-589-6378

Ronald A. Marron
ron@consumersadvocates.com
Alexis Wood
alexis@consumersadvocates.com
Kas Gallucci
kas@consumersadvocates.com
LAW OFFICES OF RONALD A. MARRON
651 Arroyo Dr.
San Diego, CA 92103
T: 619-696-9006
F: 619-564-6665

Attorneys for Plaintiff
SHYRIAA HENDERSON

# CERTIFICATION

I hereby certify that, on October 26, 2016, a copy of **STIPULATION TO CONTINUE MOTION FOR CLASS CERTIFICATION, MOTIONS FOR SUMMARY JUDGMENT AND MOTION TO STRIKE HEARING** was filed electronically and served by U.S. Mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by facsimile to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

*/s Lisa M. Simonetti*
Lisa M. Simonetti