Ronald A. Marron (SBN 175650)
ron@consumersadvocates.com
Alexis Wood (SBN 270200)
alexis@consumersadvocates.com
Kas Gallucci (SBN 288709)
kas@consumersadvocates.com
LAW OFFICES OF RONALD A. MARRON
651 Arroyo Drive
San Diego, California 92103
Tel: 619.696.9006
Fax: 619.564.6665

Benjamin H. Richman (Admitted *pro hac vice*)
brichman@edelson.com
J. Dominick Larry (Admitted *pro hac vice*)
nlarry@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff and the Putative Class*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHYRIAA HENDERSON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STUDENT AID FUNDS, INC. D/B/A USA FUNDS,<br><br>Defendant. | CASE NO. 3:13-cv-1845-JLS-BLM<br><u>CLASS ACTION</u><br><br>**JOINT MOTION TO VACATE REMAINING DATES IN THE AMENDED CASE MANAGEMENT CONFERENCE ORDER (DKT. NO. 131)**<br><br>Hon. Magistrate Barbara L. Major |

Pursuant to the Chamber Rules of the Honorable Barbara Lynn Major and the Amended Case Management Order (Dkt. No. 131), the parties Shyriaa Henderson ("Plaintiff") and Defendant United Student Aid Funds, Inc. ("Defendant") hereby file a Joint Motion to Vacate the Remaining Dates in the Amended Case Management Conference Order (Dkt. No. 131). For the reasons stated herein, both Parties stipulate and respectfully request this Court vacate the deadlines included in the current Amended Case Management Conference Order:

WHEREAS, on October 20, 2015, this Court granted a joint request to amend the Case Management Conference Order extending deadlines by one hundred and twenty (120) days in order for Plaintiff to continue the receipt of discovery from non-party vendors and file any necessary motions to compel in various jurisdictions (*see* Dkt. No. 124);

WHEREAS, on February 10, 2016, this Court granted a joint request by the Parties to amend the Amended Case Management Conference Order by an additional sixty (60) days so that Plaintiff could continue her receipt of discovery from non-party vendors and conduct the depositions of Defendant and non-party Navient Solutions, Inc. (*see* Dkt. No. 131);

WHEREAS, on October 14, 2016, this Court issued an Order Granting Joint Motion to Modify Briefing Schedule and Sua Sponte Continuing Hearing Date, providing dates in November and December for briefing by the Parties on Plaintiff's Motion for Class Certification Motion (Dkt. No. 142), Defendant's Motion to Strike Declaration of Jeffrey A. Hansen (Dkt. No. 158) and Defendant's Motion for Summary Judgment (Dkt. No. 173) and setting a hearing date for all motions on February 2, 2017 (*see* Dkt. No. 187);

WHEREAS, on November 4, 2016, the hearing date for all motions was sua sponta continued to February 8, 2017 (*see* Dkt. No. 191);

WHEREAS, a Settlement Conference is currently set for March 29, 2017 (*see*

2

*Henderson v. United Student Aid Funds, Inc. d/b/a USA Funds*, No. 13-cv-1845
JOINT MOTION TO VACATE REMAINING DATES IN THE AMENDED CASE MANAGEMENT CONFERENCE ORDER (DKT. NO. 131)

Dkt. No. 190);

WHEREAS, due to the extended briefing schedule and continued hearing date on the relevant motions as well as the continued Settlement Conference date, good cause exists to vacate the remaining dates included in the current Amended Case Management Conference Order and re-set those dates after a ruling on the outstanding motions;

WHEREAS, these dates include: (1) the November 21, 2016, deadline for pretrial motions; (2) the March 2, 2017, deadline for counsel to serve on each other and file their Memoranda of Contentions of Fact and Law, other actions required by Local Rule 16.1 (f)(2) and pretrial disclosures requirements of Fed. R. Civ. P. 26(a)(3); (3) the March 9, 2017, deadline for counsel to confer and take action required by Local Rule 16.1(f)(4); (4) the March 23, 2017, deadline for the proposed final pretrial conference order; and (5) the March 30, 2017, date for the final pretrial conference;

THEREFORE, the Parties hereby stipulate that the remaining dates provided in the Amended Case Management Conference Order are vacated, to be re-set pending rulings on Plaintiff's Motion for Class Certification (Dkt. No. 142), Defendant's Motion to Strike Declaration of Jeffrey A. Hansen (Dkt. No. 158) and Defendant's Motion for Summary Judgment.

**IT IS SO STIPULATED.**

Dated:   November 11, 2016        By: */s/ Alexis M. Wood*
**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON
ALEXIS M. WOOD
KAS L. GALLUCCI
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

*Attorneys for Plaintiff and the Proposed Class*

3

*Henderson v. United Student Aid Funds, Inc. d/b/a USA Funds*, No. 13-cv-1845
JOINT MOTION TO VACATE REMAINING DATES IN THE AMENDED CASE MANAGEMENT CONFERENCE ORDER (DKT. NO. 131)

Dated: November 11, 2016

By: */s/ Lisa M. Simonetti*
**VEDDER PRICE (CA), LLP**
LISA M. SIMONETTI
1925 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: (424) 204-7738

*Attorneys for Defendant*

4

**CERTIFICATION OF APPROVAL OF CONTENT**

I, Alexis M. Wood, counsel for Plaintiff, in the above-entitled matter, hereby certify that the required parties have approved and accepted the content of the Joint Motion to Vacate Remaining Dates in the Amended Case Management Conference Order (Dkt. No. 131), and that I have obtained authorization from Lisa Simonetti, counsel for Defendant, for her electronic signature.

Dated:     November 11, 2016        **LAW OFFICES OF RONALD A. MARRON**
By:   */s/ Alexis M. Wood*
ALEXIS M. WOOD
*Attorney for Plaintiff and the Proposed Class*

5

*Henderson v. United Student Aid Funds, Inc. d/b/a USA Funds*, No. 13-cv-1845
JOINT MOTION TO VACATE REMAINING DATES IN THE AMENDED CASE MANAGEMENT CONFERENCE ORDER (DKT. NO. 131)