STROOCK & STROOCK & LAVAN LLP
BRIAN C. FRONTINO (State Bar No. 222032)
SHANNON E. PONEK (State Bar No. 261135)
2029 Century Park East
Los Angeles, CA 90067-3086
Telephone:  310-556-5800
Facsimile:  310-556-5959
Email:      *lacalendar@stroock.com*

Attorneys for Defendant
  NAVIENT SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHYRIAA HENDERSON, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STUDENT AID FUNDS, INC. D/B/A USA FUNDS; GC SERVICES LIMITED PARTNERSHIP; NATIONAL ENTERPRISE SYSTEMS INC.; NAVIENT SOULTIONS, INC., <br><br> Defendants. | Case No. 3:13-cv-1845-JLS-BLM <br><br> **MOTION OF STROOCK & STROOCK & LAVAN LLP TO WITHDRAW AS COUNSEL FOR DEFENDANT NAVIENT SOLUTIONS, INC.** |

MOTION OF STROOCK & STROOCK & LAVAN LLP TO WITHDRAW AS COUNSEL
FOR DEFENDANT NAVIENT SOLUTIONS, INC.

LA 51867396

Stroock & Stroock & Lavan LLP ("Stroock") respectfully moves this Court for an order permitting it to withdraw as counsel for defendant Navient Solutions, Inc. ("Navient") in this matter.  In support, Stroock states:

1.      Lisa M. Simonetti, Esq., who is lead counsel for Navient in this action, no longer is a member of Stroock.  Ms. Simonetti is a member of Vedder Price, located at 1925 Century Park East, Suite 1900, Los Angeles, CA 90067.  Ms. Simonetti continues to act as counsel for Navient.

2.      Stroock no longer represents Navient in this action and respectfully requests that this Court permit Stroock to withdraw from further representation and fully discharge it from any further representation or obligation.

3.      Navient consents to the withdrawal and is being served with this Motion through their counsel of record, Lisa M. Simonetti.

WHEREFORE, Stroock respectfully requests that the Court enter an Order allowing Stroock to withdraw as counsel and discharging Stroock from any further representation or obligation as counsel for Navient in this action.

Dated:  November 15, 2016

Respectfully submitted,

STROOCK & STROOCK & LAVAN LLP
SHANNON E. DUDIC

By:            */s  Shannon E. Dudic*
                    Shannon E. Dudic

Attorneys for Defendant
    NAVIENT SOLUTIONS, INC.

MOTION OF STROOCK & STROOCK & LAVAN LLP TO WITHDRAW AS COUNSEL
FOR DEFENDANT NAVIENT SOLUTIONS, INC.

LA 51867396

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 15, 2016, a copy of the foregoing **MOTION OF STROOCK & STROOCK & LAVAN LLP TO WITHDRAW AS COUNSEL FOR DEFENDANT NAVIENT SOLUTIONS, INC.** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

*/s  Shannon E. Dudic*
Shannon E. Dudic

MOTION OF STROOCK & STROOCK & LAVAN LLP TO WITHDRAW AS COUNSEL
FOR DEFENDANT NAVIENT SOLUTIONS, INC.

LA 51867396