Ronald A. Marron (SBN 175650)
ron@consumersadvocates.com
Alexis Wood (SBN 270200)
alexis@consumersadvocates.com
Kas Gallucci (SBN 288709)
kas@consumersadvocates.com
LAW OFFICES OF RONALD A. MARRON
651 Arroyo Drive
San Diego, California 92103
Tel: 619.696.9006
Fax: 619.564.6665

Benjamin H. Richman (Admitted *Pro hac vice*)
brichman@edelson.com
J. Dominick Larry (Admitted *pro hac vice*)
nlarry@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHYRIAA HENDERSON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STUDENT AID FUNDS, INC. D/B/A USA FUNDS,<br><br>Defendant. | CASE NO. 3:13-cv-1845-JLS-BLM<br><u>CLASS ACTION</u><br><br>**DECLARATION OF RONALD A. MARRON IN SUPPORT OF PLAINTIFF SHYRIAA HENDERSON'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing date: February 8, 2017<br>Time: 1:30 p.m.<br>Courtroom: 4A – 4th Floor |

Pursuant to 28 U.S.C. § 1746, I hereby declare and state as follows:

1. I, along with my co-counsel Benjamin H. Richman, am counsel of record for Plaintiff and the putative class in this action. I am a member in good standing of the State Bar of California and the United States District Courts for the Northern, Central, Eastern, and Southern Districts of California; and of the United States Court of Appeals for the Ninth Circuit. I am over the age of eighteen and am fully competent to make this declaration. This declaration is based upon my personal knowledge unless otherwise indicated. If called upon to testify to the matters stated herein, I could and would do so competently.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the relevant portions from the Deposition of Kevin W. Tharp, dated March 8, 2016.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the relevant portions from the Deposition of Mark A. Verbrugge, dated February 23, 2016.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the relevant portions from the Deposition Transcript of Shyriaa Henderson, dated June 15, 2016.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the relevant portions from the Deposition Transcript of Jerome Kaufman, dated August 18, 2016.

6. Attached hereto as **Exhibit 5** is a true and correct copy of the Notice of Deposition of Plaintiff Shyriaa Henderson, served on May 27, 2016.

7. Attached hereto as **Exhibit 6** is a true and correct copy of the Notice of Deposition of Jeffrey A. Hansen, served on August 22, 2016.

///
///

1

*Henderson v. United Student Aid Funds, Inc. d/b/a USA Funds*, No. 13-cv-1845
DECLARATION OF RONALD A. MARRON IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

|  |  |
|---|---|
| 1 | 8. Attached hereto as **Exhibit 7** is a true and correct copy of the Re- |
| 2 | Notice of Deposition of Jeffrey A. Hansen, served on October 18, 2016. |
| 3 | 9. Attached hereto as **Exhibit 8** is a true and correct copy of the |
| 4 | Transcript of Proceedings – Status Before the Honorable Richard A. Posner from |
| 5 | the matter *Johansen v. GVN Michigan, Inc.*, No. 1:15-cv-00912 (N.D. Ill. June 5, |
| 6 | 2015). |
| 7 | I declare under penalty of perjury that the foregoing is true and correct. |
| 8 | Executed on November 30, 2016 at San Diego, California. |

By: *s/ Ronald A. Marron*
    Ronald A. Marron

Ronald A. Marron (SBN 175650)
LAW OFFICES OF RONALD A. MARRON
651 Arroyo Drive
San Diego, California 92103
Tel: 619.696.9006
Fax: 619.564.6665

2

*Henderson v. United Student Aid Funds, Inc. d/b/a USA Funds*, No. 13-cv-1845
DECLARATION OF RONALD A. MARRON IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT