# TABLE OF EXHIBITS

| Exhibit Number | Description of Exhibit | Page Numbers |
|---|---|---|
| 1 | Excerpts from the Deposition of Kevin W. Tharp dated March 8, 2016 | 1-24 |
| 2 | Excerpts from the Deposition of Mark A. Verbrugge | 25-52 |
| 3 | Excerpts from the Deposition of Shyriaa Henderson | 53-57 |
| 4 | Excerpts from the Deposition of Jerome Kaufman dated August 18, 2016 | 58-68 |
| 5 | Notice of Deposition of Plaintiff Shyriaa Henderson dated May 27, 2016 | 69-72 |
| 6 | Notice of Deposition of Jeffrey A. Hansen dated August 22, 2016 | 73-79 |
| 7 | Re-Notice of Deposition of Jeffrey A. Hansen dated October 18, 2016 | 80-83 |
| 8 | Transcript of Proceedings Before the Honorable Richard A. Posner, *Johansen v. GVN Michigan, Inc.*, No. 1:15-cv-00912 (N.D. Ill. June 5, 2015) | 84-108 |