Vedder Price (CA), LLP
Lisa M. Simonetti (State Bar No. 165996)
lsimonetti@vedderprice.com
1925 Century Park East, Suite 1900
Los Angeles, California 90067
T:  +1 (424) 204 7700
F:  +1 (424) 204 7702

Vedder Price P.C.
Andrew Barrios (Ill. Bar No. 6317042)
(admitted *pro hac vice*)
abarrios@vedderprice.com
Bryan K. Clark (Ill. Bar No. 6296090)
(admitted *pro hac vice*)
bclark@vedderprice.com
222 N. LaSalle Street
Chicago, IL 60601
T: + (312) 609-7500
F: + (312) 609-5005

Attorneys for Defendant
UNITED STUDENT AID FUNDS, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHYRIAA HENDERSON,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STUDENT AID FUNDS, INC.,<br><br>    Defendant. | Case No. 3:13-cv-1845<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANT UNITED STUDENT AID FUNDS, INC.'S MOTION FOR SUMMARY JUDGMENT** |

1   PLEASE TAKE NOTICE THAT, on December 22, 2017, the United States
2 District Court for the Northern District of West Virginia issued its decision in *In re*
3 *Monitronics Int'l, Inc.,* 2016 U.S. Dist. LEXIS 177105 (N.D.W.V. Dec. 22, 2016).
4 This new authority is persuasive on the agency issues raised in defendant United
5 Student Aid Funds, Inc.'s ("USAF") Motion for Summary Judgment, but was not
6 published in any reporting service when USAF filed its reply brief on December 23,
7 2016. To apprise the Court of this new authority, attached for the Court's
8 convenience as **Exhibit A** hereto is a copy of the *Monitronics* decision.

9   Dated: February 6, 2017            VEDDER PRICE (CA), LLP

                                        By: */s Lisa M. Simonetti*
                                            Lisa M. Simonetti

                                        Attorneys for Defendant
                                        UNITED STUDENT AID FUNDS, INC.

**CERTIFICATION**

I hereby certify that on February 6, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

*/s  Lisa M. Simonetti*
Lisa M. Simonetti