

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shyriaa Henderson, on behalf of herself, and all others similarly situated<br><br>Plaintiff,<br>V.<br><br>United Student Aid Funds, Inc., doing business as USA Funds<br><br>Defendant. | Civil Action No.  13-cv-01845-JLS-BLM<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Defendant's Motion for Summary Judgment is granted for failure to establish a genuine issue of material fact regarding vicarious liability. This concludes the litigation in this matter.

Date:   2/28/17

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/  D. Juarez
                                        D. Juarez, Deputy