# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHYRIAA HENDERSON,<br><br>                          Plaintiff,<br><br>v.<br><br>UNITED STUDENT AID FUNDS, INC.,<br><br>                         Defendant. | Case No.: 13cv1845 JLS (BLM)<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**<br><br>(ECF No. 234) |

     Presently before the Court is J. Dominick Larry's Motion to Withdraw as attorney of record for Plaintiff Shyriaa Henderson ("Withdrawal Mot."). (ECF No. 234.) Mr. Larry indicates that he is no longer associated with Edelson PC, and that Plaintiff will not suffer prejudice due to his withdrawal because Plaintiff will continue to be represented by her other attorneys of record. (Withdrawal Mot. 1.) Good cause appearing, the Court **GRANTS** Mr. Larry's Withdrawal Motion. The clerk **SHALL** update the docket to reflect the withdrawal of J. Dominick Larry.

     **IT IS SO ORDERED.**

Dated: May 1, 2017

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge